FILED
APR 29 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eddie S. Bell, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08 0736 |
| | ) |
| United States Sentencing Commission *et al.*, | ) |
| | ) |
| Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 15th day of April 2008,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

*Royce C. Lamberth*
United States District Judge